**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**CLIFTON BERNARD HICKEY** | Crim. No.  4:98-CR-7-001 (CDL) |

On November 7, 2014, the supervised release period of 120 months commenced. Mr. Hickey has refrained from using any illegal substances, any new criminal conduct, and has satisfied the conditions of his supervision.

Clifton Bernard Hickey has met the requirements for Early Termination and has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

*Roberto E. Pastrana*

Roberto E. Pastrana
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   8th   day of   January  , 2020.

s/Clay D. Land

CLAY D. LAND
CHIEF U.S. DISTRICT JUDGE